**DISMISS and Opinion Filed May 4, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00952-CV

**GLENDA HOWELL, ET AL., Appellant**
**V.**
**GREENVILLE AUTOMOTIVE SUPERSTORE, L.P., Appellee**

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 80,197**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Schenck
Opinion by Justice Lang

The Court has before it appellant's April 17, 2015 "Agreed Motion to Dismiss Appeal."

The motion states that "[t]he parties have amicably resolved the [underlying] case, and therefore

Appellant wishes to dismiss [this] appeal." We grant the motion, and we dismiss the appeal. *See*

TEX. R. APP. P. 42.1(a).

/ Douglas S. Lang/

DOUGLAS S. LANG
JUSTICE

140952F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GLENDA HOWELL, ET AL., Appellant

No. 05-14-00952-CV          V.

GREENVILLE AUTOMOTIVE
SUPERSTORE, L.P., Appellee

On Appeal from the 196th District Court,
Hunt County, Texas
Trial Court Cause No. 80,197.
Opinion delivered by Justice Lang. Justices
Bridges and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 4th day of May, 2015.